IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WEBB,

      Petitioner,                        No. CIV S-07-1879 FCD DAD P

    vs.

D.K. SISTO, et al.,

      Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 10, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire /////

/////

1

1 file, the court finds the findings and recommendations to be supported by the record and by
2 proper analysis.
3         Accordingly, IT IS HEREBY ORDERED that:
4         1. The findings and recommendations filed June 10, 2008, are adopted in full;
5         2. Respondent's January 7, 2008 motion to dismiss is granted; and
6         3. This action is closed.
7 DATED: July 29, 2008.

                FRANK C. DAMRELL, JR.
                UNITED STATES DISTRICT JUDGE