OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

April 13, 2009

Jennifer Sheetz
Attorney at Law
38 Miller Ave. PMB 113
Mill Valley, CA 94941

**FILED**
APR 14 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Re:   **Michael Webb v. Sisto**
      **CIV.S-07-1879 FCD DAD**

Dear Ms. Sheetz:

This will confirm your appointment as counsel by the Honorable Dale A. Drozd, U.S. Magistrate Judge, to represent the above-named petitioner. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Sincerely,

Becky Darwazeh
CJA - Legal Secretary

:bd
Enclosures

cc:   Clerk's Office

% CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Michael Webb | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>CIV.S-07-1879 FCD DAD | 5. APPEALS DKT./DEF. NUMBER<br>08-17003 | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>Michael Webb v. Sisto | 8. PAYMENT CATEGORY<br>☐ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☑ Appeal | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant ☑ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Appeal |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS<br><br>Jennifer Sheetz<br>38 Miller Ave. PMB 113<br>Mill Valley, CA 94941<br><br>Telephone Number : (415) 305-2256 | 13. COURT ORDER<br>☑ O Appointing Counsel ☐ C Co-Counsel<br>☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney<br>☐ P Subs For Panel Attorney ☐ Y Standby Counsel<br><br>Prior Attorney's Name: _____<br>Appointment Dates: _____<br>☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR<br>☐ Other (See Instructions)<br><br>_signature_<br>Signature of Presiding Judge or By Order of the Court<br><br>_____    3/09/2009<br>Date of Order    Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time appointment.  ☐ YES  ☐ NO |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions) | |

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | 0.00 | | | |
| | b. Bail and Detention Hearings | | 0.00 | | | |
| | c. Motion Hearings | | 0.00 | | | |
| In Court | d. Trial | | 0.00 | | | |
| | e. Sentencing Hearings | | 0.00 | | | |
| | f. Revocation Hearings | | 0.00 | | | |
| | g. Appeals Court | | 0.00 | | | |
| | h. Other (Specify on additional sheets) | | 0.00 | | | |
| | (RATE PER HOUR = $ 110.00 ) TOTALS: | 0.00 | 0.00 | | | |
| 16. | a. Interviews and Conferences | | 0.00 | | | |
| | b. Obtaining and reviewing records | | 0.00 | | | |
| Out of Court | c. Legal research and brief writing | | 0.00 | | | |
| | d. Travel time | | 0.00 | | | |
| | e. Investigative and other work (Specify on additional sheets) | | 0.00 | | | |
| | (RATE PER HOUR = $ 110.00 ) TOTALS: | 0.00 | 0.00 | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | 0.00 | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM: _____ TO: _____ | 20. APPOINTMENT TERMINATION DATE<br>IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

| 22. CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment |
|---|
| Have you previously applied to the court for compensation and/or reimbursement for this  ☐ YES  ☐ NO   If yes, were you paid?  ☐ YES  ☐ NO<br>Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  ☐ YES  ☐ NO   If yes, give details on additional sheets.<br>I swear or affirm the truth or correctness of the above statements.<br><br>Signature of Attorney _____    Date _____ |

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 23 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL WEBB,<br><br>        Petitioner - Appellant,<br><br> v.<br><br>D. K. SISTO, Warden; et al.,<br><br>        Respondents - Appellees. | No. 08-17003<br><br>D.C. No. 2:07-cv-01879-FCD<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

Appellant's motion for appointment of counsel in this habeas corpus appeal is granted. *See* 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam). Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the Eastern District of California, who will locate appointed counsel. The district court shall send notification of the name, address and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

rb/MOATT

If new counsel identifies uncertified issues that should be raised on appeal, counsel shall include them in the opening brief as permitted by Ninth Circuit Rule 22-1(e).

The Clerk shall strike the informal opening brief filed on November 4, 2008. The Clerk shall provide a copy of the informal brief to the appointing authority for the Eastern District of California, for service on appointed counsel.

The opening brief and excerpts of record are due April 6, 2009; the answering brief is due May 6, 2009; and the optional reply brief is due within 14 days after service of the answering brief.